# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Ford, Fawn S. | Docket No. | 0980 2:19CR00034-TOR-3 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey M. McCain, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Fawn S. Ford, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Thomas O. Rice sitting in the court at Spokane, Washington, on the 17th day of April 2019, under the following conditions:

**Standard Condition #8:** Defendant shall refrain from the use or possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner in conformance with Federal Law. Defendant may not use a possess marijuana, regardless, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Fawn Ford is alleged to have used heroin and methamphetamine on April 27, 2019.

On April 19, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Ford. Ms. Ford acknowledged an understanding of the conditions, which included condition 8.

On May 1, 2019, Ms. Ford reported to the probation office. A random urinalysis test was requested. The urine sample tested presumptive positive for morphine and methamphetamine. Ms. Ford admitted to using heroin on April 27, 2019, and signed a substance abuse admission form acknowledging her use of heroin. Ms. Ford denied the use of methamphetamine, but did claim there could have been methamphetamine mixed in with the heroin without her knowledge. The urine sample was sent to Alere toxicology for confirmation and the results are pending.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: May 2, 2019 |
| by | s/Corey M. McCain |
| | Corey M. McCain
U.S. Pretrial Services Officer |

PS-8
Re: Ford, Fawn S.
May 2, 2019
Page 2

PS-8
Re: Ford, Fawn S.
May 2, 2019
Page 2

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Thomas O. Rice*
Signature of Judicial Officer

May 2, 2019
Date