# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 03, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Ford, Fawn S. | Docket No. | 0980 2:19CR00034-TOR-3 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Corey M. McCain, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Fawn S. Ford, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Thomas O. Rice  sitting in the court at Spokane, Washington, on the 17th day of April 2019, under the following conditions:

**Standard Condition # 14:** Defendant shall avoid all contact, direct or indirect, with known felons and co-defendants.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2:** Fawn Ford is alleged to have associated with Cruz Mejia, a convicted felon, on or about April 29, 2019.

On April 19, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Ford.  Ms. Ford acknowledged an understanding of the conditions, which included condition number 14.

On May 2, 2019, the undersigned officer received a phone call from a detective with Spokane Tribal police.  The detective advised the undersigned officer that Mr. Mejia visited Ms. Ford at her residence on or about April 29, 2019.  It was reported that Ms. Ford's father arrived home, observed Mr. Mejia at his residence and he was asked to depart the residence. According to the detective, Mr. Mejia is a convicted felon, is considered violent, and currently has a Washington State Department of Corrections warrant. Mr. Mejia's last felony was for second degree assault.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S)
PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    May 3, 2019

by      s/Corey M. McCain

Corey M. McCain
U.S. Pretrial Services Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[✔]    The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[✔]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

May 3, 2019
_____
Date