# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Fawn S. Ford | Case Number: 0980 2:19CR00034-TOR-3 |

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 11, 2019

| | | |
|---|---|---|
| Original Offense: | Escape, 18 U.S.C. § 751(a) | |
| Original Sentence: | Probation - 48 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: July 11, 2019 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: July 10, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/23/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Ms. Ford is alleged to have violated mandatory condition number 2 by unlawfully possessing hydrocodone and oxycodone without a lawful prescription on September 11, 2019. |
| | On September 11, 2019, Ms. Ford was located in a vehicle by deputies with the U.S. Marshals Service. Ms. Ford was seated in the back of the vehicle and the only female inside the vehicle. Located on the rear seat was a woman's purse. The driver of the vehicle stated it belonged to Ms. Ford. A deputy U.S. marshal found a baggie that was not the original packaging for pharmaceuticals, which contained three pills. On September 12, 2019, a deputy U.S. marshal met with a Spokane County sheriff's detective. The detective confirmed the pills to be hydrocodone and oxycodone, both scheduled II drugs. |
| | On July 12, 2019, Ms. Ford signed her conditions relative to case number 2:19CR00034-TOR-3, acknowledging she understood her conditions of probation and was prohibited from possessing controlled substances. |

| | | |
|---|---|---|
| 7 | | **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |

        **Supporting Evidence**: Ms. Ford is alleged to have violated standard condition number 8, by associating herself with convicted felons, on September 11, 2019.

        On September 11, 2019, Ms. Ford was arrested on her probation warrant and was one of four occupants of a vehicle she was located in. The three male occupants of the vehicle are known convicted felons. Draven G. Dick has two recent felony convictions for felon in possession of a firearm and possession of stolen property. Martel Stewart-Toliver has felony convictions for assault, criminal mischief with a deadly weapon, money laundering and drug possession. Mr. Stewart-Toliver is also pending a first degree robbery charge that appears to have been committed in late August 2019; his arraignment is scheduled for September 19, 2019. Preston Kahanu has felony convictions for drug possession, possession of stolen property, and third degree assault. Mr. Kahanu is also pending felony charges for drug possession and possession of a stolen motor vehicle and his trial is set for October 21, 2019. It is reported that Mr. Kahanu is Ms. Ford's boyfriend.

        On July 12, 2019, Ms. Ford signed her conditions relative to case number 2:19CR00034-TOR-3, acknowledging she understood her conditions of probation and was prohibited from associating with convicted felons.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/17/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Ford, Fawn S.
September 17, 2019
Page 3**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[✓] Other - All violations will be addressed at the Revocation of Probation hearing scheduled for 9/25/19.

_Thomas O. Rice_
Signature of Judicial Officer

September 17, 2019
Date