PROB 12C
(6/16)

Report Date: July 14, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fawn S. Ford                              Case Number: 0980 2:19CR00034-TOR-3

Address of Offender:                              Ford, Washington 99013

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 11, 2019

Original Offense:            Escape, 18 U.S.C. § 751(a)

Original Sentence:           Probation - 4 years            Type of Supervision: Supervised Release

Revocation Sentence:         Prison - 1 year
(October 2, 2019)            TSR - 1 year

Asst. U.S. Attorney:         Richard R. Barker              Date Supervision Commenced: April 9, 2020

Defense Attorney:            Federal Defenders Office       Date Supervision Expires: April 8, 2021

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: On June 24, 2020, Ms. Ford consumed alcohol, a direct violation of special condition number 5.<br><br> On April 12, 2020, Ms. Ford reviewed her conditions of supervised release relative to case number 2:19CR00034-TOR-3, and she acknowledged an understanding of these conditions of supervised release.<br><br>On July 1, 2020, Ms. Ford admitted to the undersigned that she consumed alcohol on June 24, 2020. |

Prob12C
Re: Ford, Fawn S.
July 14, 2020
Page 2

|   |   |   |
|---|---|---|
| 2 | | **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: Ms. Ford failed to notify her probation officer in advance prior to changing her residence, a direct violation of standard condition number 5.

On April 12, 2020, Ms. Ford reviewed her conditions of supervised release relative to case number 2:19CR00034-TOR-3, and she acknowledged an understanding of these conditions of supervised release.

On July 1, 2020, Ms. Ford informed the undersigned she had moved out of her previously approved residence on June 25, 2020, and she had relocated back to her parents' address in Ford, Washington. Ms. Ford apologized for failing to relay this information to the undersigned officer in a timely manner.

3    **Special Condition # 4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 3, 2020, Ms. Ford used methamphetamine, a direct violation of special condition number 4.

On April 12, 2020, Ms. Ford reviewed her conditions of supervised release relative to case number 2:19CR00034-TOR-3, and she acknowledged an understanding of these conditions of supervised release.

On July 13, 2020, the undersigned spoke with Ms. Ford via telephone, and it was at that time she admitted she relapsed on methamphetamine on July 3, 2020.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/14/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Ford, Fawn S.**
**July 14, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*
Thomas O. Rice
Chief United States District Judge
July 16, 2020
Date