PROB 12C
(6/16)

Report Date: July 24, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Fawn S. Ford | Case Number: 0980 2:19CR00034-TOR-3 |
| Address of Offender: | Ford, Washington 99013 |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 11, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Escape, 18 U.S.C. § 751(a) | | |
| Original Sentence: | Probation - 4 years | Type of Supervision: | Supervised Release |
| Revocation Sentence: (October 2, 2019) | Prison - 1 year<br>TSR - 1 year | | |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: | April 9, 2020 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | April 8, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/14/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On July 23, 2020, Ms. Ford committed the offense of second degree driving while license suspended, a direct violation of mandatory condition number 1.<br><br>On April 12, 2020, Ms. Ford reviewed her conditions of supervised release relative to case number 2:19CR00034-TOR-3, and she acknowledged an understanding of these conditions of supervised release.<br><br>On July 21, 2020, Ms. Ford was cited for second degree driving while license suspended by the Spokane County Sheriff's Office, citation number XZ0534270. On July 23, 2020, Ms. Ford informed the undersigned of the aforementioned law enforcement contact and that she was indeed driving a motor vehicle despite her driver's license being suspended. |

Prob12C  
Re: Ford, Fawn S.  
July 24, 2020  
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 24, 2020

s/Jonathan C. Bot

Jonathan C. Bot  
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action  
[ ]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]  Defendant to appear before the Judge assigned to the case.  
[X]  Defendant to appear before the Magistrate Judge.  
[ ]  Other

*Thomas O. Rice* (signature)

Thomas O. Rice  
Chief United States District Judge

July 24, 2020  
Date