PROB 12C
(6/16)

Report Date: August 26, 2020

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: Fawn S. Ford | | Case Number: 0980 2:19CR00034-TOR-3 | |
| Address of Offender: | | Ford, Washington 99013 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 11, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Escape, 18 U.S.C. § 751(a) | | |
| Original Sentence: | Probation - 4 years | Type of Supervision: Supervised Release | |
| Revocation Sentence: (October 2, 2019) | Prison - 12 months<br>TSR - 1 year | | |
| Asst. U.S. Attorney: | Richard S. Barker | Date Supervision Commenced: April 9, 2020 | |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: April 8, 2021 | |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/14/2020 and 07/24/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Ford is alleged to be in violation of special condition number 4 of her supervised release by failing to remain abstinent from the use of illegal controlled substances.<br><br>On April 12, 2020, Ms. Ford reviewed her conditions of supervised release relative to case number 2:19CR00034-TOR-3, and she acknowledged an understanding of these conditions of supervised release.<br><br>In response to Ms. Ford being a "no show" for her random urinalysis on August 24, 2020, the undersigned contacted Ms. Ford on August 25, 2020, and instructed her to report to Pioneer Human Services (PHS) to provide a urinalysis. On August 26, 2020, the undersigned ascertained from PHS that Ms. Ford's urinalysis was presumptive positive for morphine and |

Prob12C
**Re: Ford, Fawn S.**
**August 26, 2020**
**Page 2**

methamphetamine, and that the sample would be sent for confirmation. On August 26, 2020, Ms. Ford admitted she used methamphetamine on August 22, 2020, though she was uncertain as to why the urinalysis was positive for morphine. Ms. Ford apologized for not informing the undersigned of her relapse on August 25, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/26/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

August 26, 2020
Date