## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fawn S. Ford                    Case Number: 0980 2:19CR00034-TOR-3

Address of Offender: 5575 Antoine Avenue, Ford, Washington 99013

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 11, 2019

| | | |
|---|---|---|
| Original Offense: | Escape, 18 U.S.C. § 751(a) | |
| Original Sentence: | Probation - 4 years | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 2, 2019) | Prison - 12 months<br>TSR - 1 year | |
| Revocation Sentence:<br>(September 3, 2020) | Prison - 3 days<br>TSR- 11 months | |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: September 3, 2020 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: August 2, 2021 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/01/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: It is alleged that Ms. Ford violated the terms of her supervised release by changing her living arrangements in March 2021, without notifying her U.S. probation officer in any manner.<br><br>On September 8, 2020, Ms. Ford reviewed her conditions of supervised release relative to case number 2:19CR00034-TOR-3, and she acknowledged an understanding of these conditions of supervised release. |

On March 1, 2021, the Honorable Thomas O. Rice, U.S. District Judge, issued an arrest warrant for Ms. Ford's arrest in response to a violation petition. On March 4, 2021, the undersigned spoke with Ms. Ford's mother, in which she informed the undersigned Ms. Ford was last at her residence on approximately February 28, 2021. Ms. Ford failed to contact the undersigned as directed on March 1, 2021, and her whereabouts remained unknown prior to her arrest by the U.S. Marshals Service on June 22, 2021. On June 22, 2021, the undersigned spoke with Ms. Ford's mother in which she confirmed that Ms. Ford changed her living arrangements sometime in early March 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/23/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge
June 23, 2021
Date