PROB 12C
(6/16)

Report Date: March 1, 2021

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

Mar 01, 2021

Eastern District of Washington

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fawn S. Ford      Case Number: 0980 2:19CR00034-TOR-3

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 11, 2019

| | | |
|---|---|---|
| Original Offense: | Escape, 18 U.S.C. § 751(a) | |
| Original Sentence: | Probation - 4 years | Type of Supervision: Supervised Release |
| Revocation Sentence: (October 2, 2019) | Prison - 12 months<br>TSR - 1 year | |
| Revocation Sentence: (September 3, 2020) | Prison - 3 days<br>TSR - 11 months | |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: September 3, 2020 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: August 2, 2021 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On February 22, 2021, it is alleged that Ms. Ford failed to provide a urinalysis as directed, a direct violation of special condition number 4.<br><br>On September 8, 2020, Ms. Ford reviewed her conditions of supervised release relative to case number 2:19CR00034-TOR-3, and she acknowledged an understanding of these conditions of supervised release. |

Prob12C
Re: Ford, Fawn S
March 1, 2021
Page 2

On February 19, 2021, Ms. Ford was directed to provide a urinalysis on February 22, 2021, at Pioneer Human Services (PHS). Ms. Ford was also sent a text message on February 22, 2021, reminding her of the directive to provide a urinalysis on this date. Per PHS, Ms. Ford failed to provide a urinalysis on February 22, 2021.

2   **Special Condition # 7:** You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.

**Supporting Evidence**: Ms. Ford failed to participate in inpatient substance abuse treatment as she was unsuccessfully discharged on February 26, 2021, as she did not follow the rules and regulations upon entering the program on February 25, 2021, a direct violation of special condition number 7.

On February 8, 2021, Ms. Ford signed a waiver of hearing to modify conditions of supervised release consenting to special condition number 7. On February 16, 2021, U.S. District Judge Rice signed the document allowing the modification of special condition number 7.

On February 25, 2021, Ms. Ford entered into inpatient treatment at Northwest Indian Treatment Center (NWITC). On February 26, 2021, collateral contact with NWITC staff indicated that after Ms. Ford refused to participate in programming, she ultimately admitted to staff that she last used methamphetamine and heroin on the morning of February 25, 2021. Ms. Ford also admitted that she altered her urinalysis upon her intake to NWITC to reflect negative results for illicit substances. Collateral contact with NWITC staff on March 1, 2021, indicated that a bus ticket was arranged for Ms. Ford to travel back to Spokane, Washington, to enter into a detox program, though she left the treatment program against medical advice on February 26, 2021.

3   **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Ms. Ford used heroin and methamphetamine on or about February 25, 2021, a direct violation of mandatory condition number 3.

On September 8, 2020, Ms. Ford reviewed her conditions of supervised release relative to case number 2:19CR00034-TOR-3, and she acknowledged an understanding of these conditions of supervised release.

On February 26, 2021, the undersigned was made aware by NWITC staff that Ms. Ford provided a urinalysis that tested positive for morphine, methamphetamine, and fentanyl. On February 28, 2021, Ms. Ford admitted to the undersigned that she last used methamphetamine and heroin on February 25, 2021. Ms. Ford informed the undersigned that she was uncertain how she tested positive for fentanyl though it may have been mixed in with the heroin she used.

Prob12C
**Re: Ford, Fawn S**
**March 1, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/01/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

March 1, 2021
Date